**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 14-cv-01390-RM

MIGUEL R. MARTINEZ,

    Applicant,

v.

WARDEN LOU ARCHULETA, FCF, and
JOHN W. SUTHERS, Attorney General of the State of Colorado,

    Respondents.

## ORDER FOR STATE COURT RECORD

After preliminary consideration of the amended Application for a Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that, **within thirty (30) days from the date of this order**, the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Jefferson County District Court case number 10CR2259, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims.  It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
            Jefferson County Combined Court
            100 Jefferson County Parkway
            Golden, Colorado 80401; and

(2)   Court Services Manager
      State Court Administrator's Office
      1300 Broadway, Suite 1200
      Denver, Colorado  80203.

DATED July 30, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge